IN THE MATTER OF THE PROBATE OF THE ALLEGED WILL
OF ANTHONY MACCARONE, DECEASED.

June 20, 1983.

Petition for certification denied.

JOHN M. SCERBAK v. RAYMOND SEGARRA.

June 20, 1983.

Petition for certification denied.

JOHN M. SCERBAK v. RAYMOND SEGARRA.

June 20, 1983.

Cross-petition for certification denied.

NICHOLAS VENTOLA, JR. v. PROVIDENCE WASHINGTON
INSURANCE COMPANY.

June 20, 1983.

Petition for certification denied.